[No. 12714-4-I. Division One. June 3, 1985.]

WILLIAM J. RILEY, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-03528-9, Frank H. Roberts, Jr., J., entered December 23, 1983. *Affirmed* by unpublished opinion per Hopp, J. Pro Tem., concurred in by Williams and Coleman, JJ.

[No. 11144-2-I. Division One. June 3, 1985.]

KIM FONG HOLDINGS, LTD., ET AL, *Appellants,* v. BAYLINER MARINE CORPORATION, ET AL, *Respondents.*

Appeal from judgments of the Superior Court for Whatcom County, No. 80-2-00560-6, Byron L. Swedberg, J., entered October 20, December 18, and December 28, 1981. *Affirmed in part* and *reversed in part* by unpublished opinion per Corbett, C.J., concurred in by Williams, J., Ringold, J., dissenting.

[No. 6933-4-II. Division Two. June 4, 1985.]

SUSAN NAKAGAWA, *Appellant,* v. BRIAN WOOD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82-2-01283-3, Gerald B. Chamberlin, J., entered February 14, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.